IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARGARET HAY**                                                                                          **PLAINTIFF**

**VS.**                                              **4:07-CV-00868-WRW**

**AEGON US, INCORPORATION, AEGON**
**INSURANCE COMPANY, LIFE INSURANCE**
**OF NORTH AMERICA and CIGNA CORPORATION**                       **DEFENDANTS**

## ORDER

Plaintiff's unopposed Motion to Set Aside Order and Voluntary Dismissal of Aegon Insurance Company (Doc. No. 21) is GRANTED.

Accordingly, the December 21, 2007 Order (Doc. No. 20) is VACATED, and Aegon USA, Inc. is reinstated as a defendant in this case. Aegon USA, Inc's Motion to Dismiss (Doc. No. 19) is also reinstated and now pending. Plaintiff must file a response to the motion by 5 p.m., Tuesday, January 15, 2008.

Defendant Aegon Insurance Company is DISMISSED.

IT IS SO ORDERED this 4th day of January, 2008.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE