IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARGARET HAY                                                                 PLAINTIFF

vs.                              NO. 4:07-CV-00868 WRW

AEGON USA, INCORPORATED, AEGON
INSURANCE COMPANY, LIFE INSURANCE
OF NORTH AMERICA and CIGNA CORPORATION                DEFENDANTS

## ORDER GRANTING MOTION TO SET ASIDE ORDER OF DISMISSAL AS TO SEPARATE DEFENDANT, AEGON USA, INC.

Pending before the Court is Defendant, AEGON USA, Inc.'s Motion to Set Aside Order Vacating Order of Dismissal. By mistake, Plaintiff earlier informed the Court that her motion for dismissal and an extension of time to file had been agreed upon by AEGON USA, Inc. In the interim, counsel for Plaintiff and AEGON USA, Inc., have conferred and actually have reached agreement, as evidenced by their signatures below.

Therefore, for good cause shown and in the interest of justice, the Court finds:

1. The Court's Orders of December 21, 2007 (Doc. #20) and January 4, 2008, (Doc. #22) are vacated.

2. Defendant Aegon Insurance Company is dismissed from this action.

3. Plaintiff will have until no later than January 15, 2008 to file an opposition to AEGON USA, Inc.'s motion to dismiss, and AEGON USA, Inc. will have until January 25, 2008 to field a reply to any opposition filed by Plaintiff.

IT IS SO ORDERED ON THIS 16 DAY OF JANUARY, 2008.

_____
JUDGE WILLIAM R. WILSON, JR.
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Denise Reid Hoggard
DENISE REID HOGGARD
Chisenhall, Nestrud, and Julian, P.A.
400 West Capitol Ave., Suite 2840
Little Rock, Arkansas 72201-3415
(501) 372-5800

/s/ Iwana Rademaekers
Iwana Rademaekers
JACKSON LEWIS LLP - Dallas
3811 Turtle Creek Boulevard
Suite 500
Dallas, TX 75219