IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARGARET HAY                                                                    PLAINTIFF

V.                         CASE NO. 4:07-CV-868 (WRW)

AEGON USA, INCORPORATED, AEGON
INSURANCE COMPANY, LIFE INSURANCE
OF NORTH AMERICA AND CIGNA CORPORATION                 DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

Now on this 27th day of May, 2008, comes on for consideration the above-styled case.

IT APPEARING to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is ORDERED that the case be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Approved:

_____
Denise Reid Hoggard
Attorney for Plaintiff

_____
Jeffrey L. Spillyards
Attorney for Life Insurance
Company of North America
and CIGNA Corporation

/s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for AEGON USA, Incorporated
and AEGON Insurance Company